1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  PETRA BRUGGISSER (State Bar No. 241173)
   McNamara, Ney, Beatty, Slattery,
3  Borges & Ambacher LLP
   1211 Newell Avenue
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendants
   PAUL MIOVAS, KEVIN MANSOURIAN (erroneously sued
7  herein as "KEVIN MANSURIAN"), MICHELE LIGOURI,
   KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER,
8  JOE SURGES, DAVID LIVINGSTON, and CITY OF
   CONCORD

9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  RODGER BOX,                          Case No. C12-4347 JSW

14          Plaintiff,                   **[PROPOSED] ORDER STAYING CIVIL
                                         ACTION PENDING CRIMINAL APPEAL**
15     vs.
                                         Date:   May 10, 2013
16  PAUL MIOVAS, KEVIN MANSURIAN,        Time:   9:00 a.m.
    MICHELE LIGOURI, KRISTA SANSEN,      Dept:   11 - 19th Floor
17  DAVID SAVAGE, JEFFREY KRIEGER,
    JOE SURGES, DAVID LIVINGSTON,        Judge: Hon. Jeffrey S. White
18  DOES 1-99, CITY OF CONCORD,
    CALIFORNIA ,
19
            Defendants.
20

21

22          Defendants motion to stay this civil action pending the final resolution of Plaintiff Rodger

23  Box's appeal of his criminal conviction for a violation of Penal Code § 148(a)(1) in Contra Costa

24  County Superior Court, arising out of the subject incident on August 21, 2010, came before this

25  Court.  Good cause having been shown, and after full consideration of the moving papers and
                                     no opposition having been filed
26  supporting documents, and any opposition and opposing arguments, the Court finds that

27  Defendant's motion to stay is hereby GRANTED.

28          Based on the *Younger* abstention doctrine, as well as *Heck* and its progeny, a stay of

ORDER STAYING CIVIL ACTION PENDING
CRIMINAL APPEAL - C12-4347 JSW

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   this civil action is warranted to preserve Defendants' potential defense arguments and to

2   prevent the Plaintiff from collaterally attacking his criminal conviction, if upheld by the

3   Appellate Court, in this civil forum. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971), *Heck v.*

4   *Humphrey*, 512 U.S. 477 (1994).

5         ACCORDINGLY, IT IS HEREBY ORDERED as follows:

6         THIS CIVIL ACTION IS STAYED in all respects pending the final resolution of Plaintiff

7   Rodger Box's appeal of his criminal conviction for a violation of Penal Code § 148(a)(1) in

8   Contra Costa County Superior Court, Appellate Division Case No. 5-120866-9, Trial Court Case

9   No. 1-150794-6.

10        The parties are ORDERED to provide this Court with a joint status update within twenty-

11  one (21) days of any final ruling and/or final order on the pending criminal appeal.

12

13        IT IS SO ORDERED.

14

15  Dated: April 8, 2013

16                      Hon. District Court Judge Jeffrey S. White

17

18

19

20

21

22

23

24

25

26

27

28

ORDER STAYING CIVIL ACTION PENDING     2
CRIMINAL APPEAL - C12-4347 JSW

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330