JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
PAUL MIOVAS, KEVIN MANSOURIAN (erroneously sued herein as "KEVIN MANSURIAN"), MICHELE LIGOURI, KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER, JOE SURGES, DAVID LIVINGSTON, and CITY OF CONCORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER BOX,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL MIOVAS, KEVIN MANSURIAN, MICHELE LIGOURI, KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER, JOE SURGES, DAVID LIVINGSTON, DOES 1-99, CITY OF CONCORD, CALIFORNIA ,<br><br>Defendants. | Case No. C12-4347 JSW<br><br>**[PROPOSED] ORDER STAYING CIVIL ACTION PENDING CRIMINAL APPEAL**<br><br>Date:  May 10, 2013<br>Time: 9:00 a.m.<br>Dept:  11 - 19th Floor<br><br>Judge: Hon. Jeffrey S. White |

Defendants motion to stay this civil action pending the final resolution of Plaintiff Rodger Box's appeal of his criminal conviction for a violation of Penal Code § 148(a)(1) in Contra Costa County Superior Court, arising out of the subject incident on August 21, 2010, came before this Court.  Good cause having been shown, and after full consideration of the moving papers and supporting documents, and any opposition and opposing arguments, no opposition having been filed the Court finds that Defendant's motion to stay is hereby GRANTED.

Based on the *Younger* abstention doctrine, as well as *Heck* and its progeny, a stay of

ORDER STAYING CIVIL ACTION PENDING
CRIMINAL APPEAL - C12-4347 JSW

this civil action is warranted to preserve Defendants' potential defense arguments and to prevent the Plaintiff from collaterally attacking his criminal conviction, if upheld by the Appellate Court, in this civil forum. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971), *Heck v. Humphrey*, 512 U.S. 477 (1994).

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

THIS CIVIL ACTION IS STAYED in all respects pending the final resolution of Plaintiff Rodger Box's appeal of his criminal conviction for a violation of Penal Code § 148(a)(1) in Contra Costa County Superior Court, Appellate Division Case No. 5-120866-9, Trial Court Case No. 1-150794-6.

The parties are ORDERED to provide this Court with a joint status update within twenty-one (21) days of any final ruling and/or final order on the pending criminal appeal.

IT IS SO ORDERED.

Dated: April 8, 2013

_____
Hon. District Court Judge Jeffrey S. White

ORDER STAYING CIVIL ACTION PENDING         2
CRIMINAL APPEAL - C12-4347 JSW