UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER BOX,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MIOVAS, et al.,<br><br>Defendants. | Case No. 12-cv-04347-VC<br><br>**ORDER** |

Because this case is stayed, the case management conference scheduled for August 12, 2014 is cancelled. The parties are ordered to inform the Court within ten days of the California Supreme Court's decision on the plaintiff's habeas petition.

**IT IS SO ORDERED.**

Dated: August 7, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER BOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL MIOVAS, et al.,<br><br>　　　　Defendants. | Case No.　12-cv-04347-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 8/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodger Box
3905 Clayton Road #27
Concord, CA 94521

Dated: 8/8/2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2