JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
LAURA A. COX (State Bar No. 296147)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
PAUL MIOVAS, KEVIN MANSOURIAN (erroneously sued herein as "KEVIN MANSURIAN"), MICHELE LIGOURI, KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER, JOE SURGES, DAVID LIVINGSTON, and CITY OF CONCORD

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODGER BOX,

Plaintiff,

vs.

PAUL MIOVAS, KEVIN MANSURIAN, MICHELE LIGOURI, KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER, JOE SURGES, DAVID LIVINGSTON, DOES 1-99, CITY OF CONCORD, CALIFORNIA ,

Defendants.

Case No. C12-4347 VC

**STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO FILE THEIR HECK V. HUMPHREY BRIEF AND ~~PROPOSED~~ ORDER**

Judge: Hon. Vince Chhabria

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record and in pro per, as follows:

WHEREAS this civil rights action is currently pending in the above entitled Court.

WHEREAS the current deadline for Defendants to file a *Heck v. Humphrey* brief is October 28, 2014. (Court Order dated September 30, 2014, ECF Doc. 47).

WHEREAS the parties are in agreement that it would be beneficial to extend the above October 28, 2014, deadline to November 28, 2014 so that Defendants have more time to obtain and analyze relevant criminal trial transcripts and criminal file materials for their *Heck v.*

*Humphrey* brief.

Pursuant to Local Civil Rule 6-2, the parties stipulate and seek an order of the Court to extend the above October 28, 2014, deadline to November 28, 2014.

**IT IS SO STIPULATED.**

Dated: October 17, 2014

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: Laura Cox
James V. Fitzgerald, III
Noah G. Blechman
Laura A. Cox
Attorneys for Defendants
PAUL MIOVAS, KEVIN MANSOURIAN (erroneously sued herein as "KEVIN MANSURIAN"), MICHELE LIGOURI, KRISTA SANSEN, DAVID SAVAGE, JEFFREY KRIEGER, JOE SURGES, DAVID LIVINGSTON, and CITY OF CONCORD

Dated: October 17, 2014

PLAINTIFF IN PRO PER

By:
Rodger Box

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 30, 2014

Hon. Vince Chhabria
U.S. District Judge

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330