UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODGER BOX,

    Plaintiff,

v.

PAUL MIOVAS, et al.,

    Defendants.

Case No. 12-cv-04347-VC  (PR)

**JUDGMENT**

For the reasons stated in the Order Granting Motion for Judgment on the Pleadings, judgment is entered in favor of the defendants. The parties shall bear their own costs of suit. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 28, 2015

VINCE CHHABRIA
United States District Judge